| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: DePorre<br>Special Agent: Hurt | Telephone: (810) 766-5177<br>Telephone: (810) 341-5710 |
|---|---|---|

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
Darel King,

Case: 4:21−mj−30260
Assigned To : Unassigned
Date : 5/28/2021
CMP USA V KING (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

I have probable cause to believe that on or about October 19, 2020, Darel King, knowing that he had a previous conviction for a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Dustin Hurt, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 28, 2021

*Judge's signature*

City and state: Detroit, MI

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Other law enforcement officers and I are currently investigating Darel Theopolis King for various federal offenses including a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

4. On October 20, 2020, MSP officers assigned to the MSP Fugitive Team arrested Darel Theopolis King on an arrest warrant issued by the Michigan 67th District Court for homicide-felony murder, robbery-armed, assault with intent to murder, firearm possession by a felon, and four counts of felony firearm. MSP officers arrested King in a camper-trailer at a rest stop located on southbound I-75 near exit 131 (Clio Road) in Genesee County. King's girlfriend, Sparkle Jordan, was in the camper-trailer with King. During the execution of the arrest warrant, MSP officers searched the camper-trailer and found a Smith & Wesson, model CS45, .45 caliber pistol.

5. Shortly after King's arrest, ATF Special Agent Sutara and Task Force Officer Monroe arrived at the camper-trailer. Agent Sutara interviewed Sparkle Jordan who said that she had been staying the camper-trailer with her boyfriend King. Jordan stated the pistol belonged to her and that King knew about it. She also said that the prior evening (October 19, 2020), King retrieved the pistol from the driver's seat of their vehicle and tried to give it to Jordan as they walked across the rest stop parking lot. Jordan said that she handed the pistol back to King, who carried

2

it in the pocket of his sweatshirt hoodie as they walked a short distance across the parking lot.

6. I have reviewed King's criminal history and I am aware he was previously convicted in 1999 in Genesee County Circuit Court of second degree murder. He was also convicted in 2012 in the U.S. District Court for the Eastern District of Michigan for being a felon in possession of a firearm. In both cases he received a sentence of imprisonment exceeding one year. He received ten to fifteen years on the second degree murder sentence and served approximately ten years, was released on parole and was later returned to custody as a parole violator. He was sentenced to 46 months on his federal felon-in-possession case. Based on his sentences, I believe that on October 19, 2020, King knew he previously convicted of a crime punishable by imprisonment for a term exceeding one year.

7. I have spoken with ATF Special Agent Jonathan Wickwire, who is recognized by ATF as having expertise in the interstate travel and manufacture of firearms. SA Wickwire advised that the Smith & Wesson, model CS45, .45 caliber pistol was manufactured outside of the state of Michigan and is a firearm as defined in Chapter 44, Title 18, United States Code.

8. Based on the foregoing, I have probable cause to believe that on October 19, 2020, in the Eastern District of Michigan, Darel Theopolis King,

knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

_____
Dustin Hurt
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 28th day of May, 2021.

_____
Hon. Curtis Ivy, Jr.,
United States Magistrate Judge

4