UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-20667 |
| Plaintiff, | Hon. Shalina D. Kumar<br>U.S. District Judge |
| v. | |
| DAREL T. KING, | |
| Defendant. | |

### The United States of America's Sentencing Memorandum

Darel King pleaded guilty to being a felon in possession of a firearm and is before the court for sentencing. King was previously convicted of murder and is currently under investigation for another murder. His guideline range in this case is 30-37 months, and the government recommends a 37-month sentence. A 37-month sentence is necessary to deter King from committing future crimes and to protect the public.

In 1999, when King was a teen, he plead guilty to second degree murder after he killed a man by cutting his throat with a butcher knife. King was sentenced to ten years to fifteen years of incarceration. He incurred 26 major misconducts in prison, but was released on parole in November of 2009.

King was on parole for less than two years, when he was arrested in Flint in May 2011, with an AK-style rifle that was loaded with a high-capacity magazine.

1

King was charged in federal court with being a felon in possession of a firearm and he pleaded guilty. His sentencing guideline range was 37-46 months, and King was sentenced to 46 months. King was released from federal custody in January 2016, and he completed his term of supervise release in January 2019.

On July 10, 2019, a man ("Victim-1") was murdered in his home in Flint, Michigan. The murder was in connection with a drug robbery. Victim-1's 9 year-old son and his girlfriend ("Victim-2") were with Victim-1 and witnessed the murder. Victim-1's 14 year-old daughter was in another room of the home. Victim-2 was also shot, but she survived. She assisted in preparing a composite sketch of the shooter.



Victim-2 reviewed a photo array and identified Darel King as the shooter.



Based on this and other evidence, local police obtained a warrant to arrest King for Victim-1's murder. On October 16, 2020, police arrested King, who was living in a camper-trailer outside of Flint. Officers found a .45 caliber Smith & Wesson pistol inside the camper. King was charged in federal court with being a felon in possession of the pistol, and later pleaded guilty.

3

The state later dismissed its murder case against King because the investigation was referred for possible federal prosecution.

In determining King's sentence in his current case, the Court must consider all the factors of 18 U.S.C. § 3553(a) and impose a sentence that is sufficient, but not greater than necessary to achieve the goals of sentencing. Two of those goals— the need to afford adequate deterrence and the need to protect the public— both require a 37-month sentence. King's prior lengthy prison sentences have not deterred him from committing new crimes, and a sentence below 37 months will not be sufficient to deter him in the future. Similarly, King's prior murder conviction and the current evidence against him make clear that he poses a very serious danger to the public, and a 37-month sentence is necessary to protect the public.

The government respectfully requests a 37-month sentence.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/JULES M. DePORRE
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Phone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

Date: December 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all registered parties.

Dated: December 9, 2022            s/ Jules DePorre
                                   Assistant United States Attorney